David D. Lin (*pro hac vice* forthcoming)
david@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Fornix Holdings LLC and CP Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRCIT OF ARIZONA**

| | |
|---|---|
| Fornix Holdings LLC and CP Productions, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>John Doe #1 d/b/a DaftSex.com, John Doe #2 d/b/a PornWild.com,  EasyDNS Technologies Inc., Namecheap, Inc., Cloudflare, Inc., and Google, LLC,<br><br>Defendant. | Case No.:<br><br>**DECLARATION OF PLAINTIFFS' ATTORNEY DAVID D. LIN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER WITHOUT NOTICE** |

I, DAVID D. Lin, declares as follows:

1. I am an attorney licensed to practice in the State of New York and will simultaneously herewith, or promptly hereafter, apply for *pro hac vice* admission to the District of Arizona on behalf of Plaintiffs CP Productions, Inc. ("CP Productions") and Fornix Holdings LLC ("Fornix", collectively with "CP Productions" as "Plaintiffs") for the instant action. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiff's application for a temporary restraining order ("TRO") and a preliminary injunction enjoining Defendant John Doe #1 d/b/a DaftSex.com ("DS") and Defendant John Doe #2 d/b/a PornWild.com ("PW", collectively "Infringer Defendants") from continuing to operate a websites built upon infringing Plaintiffs' copyright and to transfer the said website and its associated domain name.

3.      At this time, Plaintiffs are seeking an *ex parte* TRO from this Court, without notice to Infringer Defendants pursuant to Fed. R. Civ. P. 65 and LRCiv. 65.1.

4.      WHOIS is a widely used, reliable Internet record listing that identifies who owns a domain name and how to contact with the domain name owner. The Internet Corporation for Assigned Names and Numbers ("ICANN") regulates domain name registration and ownership.

5.      Attached hereto as **Exhibit A** is a true and correct excerpt of ICANN's rules relevant to the registration of domain names. Under ICANN's rules, to register a domain name, one must provide various contact and technical information to a registrar, and the registrar will keep records of such information for further communications and domain name maintenance. ICANN also requires that the contact information of the owner or manager of a domain name to be made publicly available via WHOIS records, including mailing addresses, phone numbers, and email addresses (*See* **Exhibit A**).

6.      Some domain registrars offer private registration services (also known as proxy services), which display the registrar's contact information instead of the registrant's on the WHOIS record. It is important to note that domain name privacy services do not guarantee true anonymity. Registrars may be bound by law to release private information.

7.      The two Infringing Websites <DS.com> and <PW.com> use other websites to redirect users to the main DS and PW Websites. DS uses the sites <daftsex.tv> and <daftsex.porn>, while PW uses the sites <pornwild.to> and <pornwild.to-nicepornproxy.com>.

8.      I conducted WHOIS record search of DS Defendant associated domain names, <daftsex.com>, <daftsex.tv>, and <daftsex.porn>("DS's Infringing Websites"), with both publicly available databases and pay-to-use domain name search tools.

9.      Attached hereto as **Exhibit B** is a true and correct copy of the WHOIS records for the DS'S Infringing Websites.  According these records, Defendant registered the Domain Name <daftsex.com> with EasyDNS, Inc. ("EasyDNS"), an Canadian domain name registrar. The Domain Names <daftsex.tv> and <daftsex.porn> with NameCheap, Inc. ("NameCheap"), an Arizona domain name registrar. All the registration information for all sites is masked by a privacy service, rendering Defendant's identity or organization information inaccessible with public records. According to the publicly available WHOIS records, the registrant information of the Domain Name is listed as "redacted for privacy," leaving only one email address available

1  for contact: daftsex.com@myprivacy.net. DS Defendant also uses Withheld for Privacy ehf, a
2  network privacy service, to cover its true IP address (*See* **Exhibit B**).

3      10.    Attached hereto as **Exhibit C** is a true and correct copy of the WHOIS records for the PW's Infringing Websites. According these records, Defendant registered all the names <pornwild.com>, <pornwild.to>, <pornwild-nicepornproxy.com> with NameCheap. All the registration information, similar to DS, for all sites is masked by a privacy service, rendering Defendant's identity or organization information inaccessible with public records. According to the publicly available WHOIS records, <pornwild.com> is located within Russia and uses the email address: "43271254b4af449b89a9d684df665322.protect@withheldforprivacy.com". <pornwild.to> has no email listed and is located within United States. <pornwild-nicepornproxy.com> is located within the United States and uses the email address: "151f86416e7a431588ab9b7808b8e346.protect@withheldforprivacy.com". (*See* **Exhibit C**).

    11.    Pursuant to ICANN rules, Defendant was required to provide at least one valid email address as a means of contact when registering the Domain Name with Namecheap (*See* **Exhibit A**).

    12.    Attached hereto as **Exhibit D**, is a true and correct copy of the terms of service for Withheld for Privacy ehf. According to these terms, any correspondence sent to a domain name registrant's masked email address will get rerouted to the registrant's actual email address. Thus, upon information and belief, any correspondence sent to all of the emails using the <withheldforprivacy.com> suffix or that have been created through the Withheld for Privacy ehf will be rerouted to an email address designated by Defendant.

    13.    Attached hereto as **Exhibit E** is a true and correct copy of the hosting history of the website located at the DS Websites, obtained from a pay-to-use domain name search service, DomainTools. According to this record, the hosting history of all DS Websites reveal all of its current Internet Protocol addresses ("IP addresses"). A search of these IP addresses reveal that the DS Websites are currently hosted by Cloudflare, Inc. ("Cloudflare"), a California web infrastructure and website security company.

    14.    Attached hereto as **Exhibit F** is a true and correct copy of the hosting history of the website located at the PW Websites, again obtained from DomainTools. According to this record, a search of the associated PW Websites IP addresses reveal that the PW Websites are

also hosted by Cloudflare, Inc. ("Cloudflare"), a California web infrastructure and website security company.

I declare under penalty of perjury under the laws of the United States of America and the State of Arizona that the foregoing is true and correct.

Dated: November 14, 2022
      Brooklyn, New York

                                                  David D. Lin, Esq.