# Exhibit A

# General Questions

## Complaints and Disputes

Please refer to the ICANN (Internet Corporation for Assigned Names and Numbers).org Complaint Submission & FAQ at:
http://www.icann.org/en/resources/compliance/complaints (/en/resources/compliance/complaints) to submit a complaint or learn more.

## Questions related to Registering a Domain Name (Domain Name)

1. Before You Register a Domain Name (Domain Name)

2. How do I register a domain name?

3. My domain name? Oh, you mean my website name! Why do you call it a domain name?

4. I pay for the domain name registration fees, what do you mean it isn't mine?

5. I registered a domain name and someone is putting advertisements on it. What should I do?

6. What are the rules for registration of .biz, .com, .info, .name, .net, .org, and .pro names?

7. What are the rules for registration of .aero, .coop, and .museum names?

8. Can I register a domain name that includes non-ASCii characters (such as Arabic or Chinese)?

9. When I register a domain name, will my name and contact information become publicly available?

10. How long does a registration last? Can it be renewed?

11. I have seen advertisements for domain-name registration by companies not in the accredited registrar directory. Are these

legitimate?

12. I just registered a domain name. How do I turn this into a working website?

13. Some registrants do not know that the domain name registrar can be different from the entity providing web-hosting/email services.

14. Am I required to sign up for hosting services from the same company where I registered the domain name?

15. What is an "A" record and how do I change it?

16. What is an 'MX' record and how do I change it?

17. What happens if a registrar goes out of business?

Questions related to Registrar Suspension

18. What does registrar suspension mean?

19. Why would an ICANN (Internet Corporation for Assigned Names and Numbers)-accredited registrar be suspended?

20. How long will a registrar suspension last?

21. How will the public be made aware of a registrar suspension?

22. If I have domain names with a registrar that has been suspended by ICANN (Internet Corporation for Assigned Names and Numbers), will I lose my domain names?

23. My domain name with the suspended registrar is about to expire. How can I make sure it is not lost during the suspension?

24. What happens if a domain name is registered through a reseller of the suspended registrar?

25. What will happen to the suspended registrar after the suspension period?

26. What happens if the suspended registrar's accreditation is eventually terminated by ICANN (Internet Corporation for Assigned Names and Numbers) and how will registrants be affected?

27. What support does ICANN (Internet Corporation for Assigned Names and Numbers) need from registries to suspend a registrar?

28. How will registries be informed of registrar suspensions?

29. How should registries respond to inquiries about a suspended registrar?

30. Should registries process auto-renewals for suspended registrars?

31. Will there be a standard execution time?

32. If a registrar cures all breaches referenced in ICANN (Internet Corporation for Assigned Names and Numbers)'s notice of suspension, will the suspension period be shortened?

33. Under what circumstances will ICANN (Internet Corporation for Assigned Names and Numbers) consider extending the suspension period?

34. How will registries know if a registrar suspension will be extended or lifted?

35. How should registries report the status of a "suspended" registrar in their monthly reports to ICANN (Internet Corporation for Assigned Names and Numbers) and what additional tracking information should be reflected in the monthly reports once a registrar comes off of suspension?

36. Will ICANN (Internet Corporation for Assigned Names and Numbers) indemnify a registry for actions taken in support of a registrar suspension?

37. Will suspended registrars be prohibited from complying with court orders pertaining to inbound transfers?

## Questions related to Contractual Compliance Approach and Process

38. What is ICANN (Internet Corporation for Assigned Names and Numbers)'s Contractual Compliance Approach and Process?

39. What is the difference between the Informal resolution and Formal resolution process?

40. <u>What is the turn-around time during the contractual compliance Informal Resolution process?</u>

41. <u>How does ICANN (Internet Corporation for Assigned Names and Numbers) manage the contractual compliance complaints?</u>

42. <u>What are ICANN (Internet Corporation for Assigned Names and Numbers)'s role and responsibilities regarding alleged illegal activities on websites?</u>

---

# Registering a <u>Domain Name (Domain Name)</u>

1.
## Before You Register a <u>Domain Name (Domain Name)</u>

You will find multiple companies offering various types of domain name registration services. Before completing any transaction relating to domain name registration, <u>ICANN (Internet Corporation for Assigned Names and Numbers)</u> offers these general guidelines:

- ***Know who you are dealing with***. <u>ICANN (Internet Corporation for Assigned Names and Numbers)</u> has accredited a number of companies for provision of domain-name registration services. We recommend dealing directly with an <u>ICANN (Internet Corporation for Assigned Names and Numbers)</u>-accredited registrar. The full list of accredited registrars is available **here (/registrars/accredited-list.html)**. If you choose to register a domain name with a company that is not an accredited registrar, make sure to read the registration agreement carefully to identify any other parties you may also be contracting with,

- ***Research the registrar's customer service***. Does the registrar offer the types of services you require? What type of support do they offer for their services? Do they have readily accessible contact information? Can they answer the questions you have? When you do an online search, do you come up with a list of complaints against them? Checking this information ahead of time can save you a lot of problems later.

- ***Read and understand the terms and conditions***. When registering a domain name online, you will be asked to accept the terms and conditions of a registration agreement. By

completing the domain registration, you are agreeing to these terms. The agreement contains important information about the rights you have in the domain name, the use of your personal data, the fees a registrar may charge you, and under what conditions you may switch service to new providers. While it may be tempting to speed through this step and click "I AGREE," taking the time to read this first can save you from unpleasant surprises later.

Back to top ^

2.
## How do I register a domain name?

Domain names can be registered through many different companies (known as "registrars") that compete with one another. A listing of these companies appears in the **Registrar Directory (http://www.internic.net/regist.html)** on this site.

The registrar you choose will ask you to provide various contact and technical information that makes up the registration. The registrar will then keep records of the contact information and submit the technical information to a central directory known as the "registry." This registry provides other computers on the Internet the information necessary to send you e-mail or to find your web site. You will also be required to enter a registration contract with the registrar, which sets forth the terms under which your registration is accepted and will be maintained.

There are now also many different top-level domains (TLDs) in which domain names can be registered. For more information, contact your registrar or visit the list of TLDs at **http://www.iana.org/domains/root/db (http://www.iana.org/domains/root/db)**.

Back to top ^

3.
## My domain name? Oh, you mean my website name! Why do you call it a domain name?

Your domain name registration is not the same thing as a website or a Uniform Resource Locator (URL (Uniform Resource Locator)). While some people assume that the registration of a domain name

automatically means you have a website, what they do not understand is that a domain name is like a street address for getting postal mail: there must still be a building or post office box at the street address for delivering letters or packages. You must purchase, find, or implement services like web-hosting or email to make your Internet presence known and make your domain name functional and accessible to others.

Back to top ^

4.
## I pay for the domain name registration fees, what do you mean it isn't mine?

The registrant, also known as the "Registered Name Holder" is the person or entity that holds the rights to a domain name. Check with your registrar to see who the Registrant (Registrant) of record is for your domain name. If you have outsourced a third-party, such as a developer, to help manage your domain name, they may have registered the domain name using their own contact details (even if you have paid them to register and manage the domain name). Therefore, they may be listed as the official Registrant (Registrant) of record for the domain name. You may need to provide proof of your payment to the third-party/developer to prove to your registrar that you are the rightful holder and should be the registrant of the domain name.

Remember, paying to register a domain name is not the same as "buying" it outright or permanently. You do not "own" a domain name. What you are doing is more like leasing the domain name from the registry operator that the domain name is associated with. Registration periods can vary depending on the registry operator. You cannot buy a domain name forever. However, you can continually renew its registration (before the registration period expires) to maintain control over it. While the term "buying a domain name" is also commonly used in relation to purchasing an existing domain name registered to someone else, the purchaser is not buying the domain name, but just acquiring the rights to register it to themselves and continue to manage and re-register it in the future.

Back to top ^

5.

# I registered a domain name and someone is putting advertisements on it. What should I do?

If you register a domain name but do not acquire or implement web-hosting and/or email services as well, in some instances you could experience "parking" on your domain name. Domain name parking occurs where the registrar sets the domain name's nameservers and uses the site for advertisements. Contact your registrar if you see advertisements on your domain name to see if and how you can have them removed. You can also acquire web-hosting/email services to gain fuller control over the content associated with your domain name.

Back to top ^

6.

# What are the rules for registration of .biz, .com, .info, .name, .net, .org, and .pro names?

Please contact your registrar for more information or visit the Registry websites listed below.

- The .biz domain (http://www.iana.org/root-whois/biz.htm), operated by NeuStar, Inc. (http://www.neulevel.biz/), is restricted to businesses.

- The .com domain (http://www.iana.org/root-whois/com.htm), operated by VeriSign, Inc. (http://www.verisign.com), is a generic top-level domain originally intended for commercial businesses around the world.

- The .info domain (http://www.iana.org/root-whois/info.htm), operated by Afilias Limited (http://www.afilias.info), is an unrestricted domain for websites containing information about you, your organization, your products or any other information you'd like to make available to a global audience.

- The .name (http://www.iana.org/root-whois/name.htm) domain, operated by VeriSign, Inc. (http://www.verisign.com), is reserved for individuals.

- The .net (http://www.iana.org/root-whois/net.htm) domain, operated by VeriSign, Inc. (http://www.verisign.com), is a generic top-level domain used by many types of organizations

and individuals globally; it was historically intended for and is still commonly used by Internet service providers.

- The .org domain (http://www.iana.org/root-whois/org.htm), operated by Public Interest Registry (http://www.pir.org), is unrestricted, but was intended to serve the noncommercial community.

- The .pro domain (http://www.iana.org/root-whois/pro.htm), operated by Afilias plc (http://www.registry.pro/), is restricted to certified professionals and related entities.

Back to top ^

## 7. What are the rules for registration of .aero, .coop, and .museum names?

The .aero, .coop, and .museum TLDs are sponsored TLDs and are designed for use within a specified community. Registration restrictions for these TLDs have been developed by the sponsor with input from the community. For more information, contact your registrar or visit the sponsor sites listed below.

- The .aero domain (http://www.iana.org/root-whois/aero.htm), sponsored by Société Internationale de Télécommunication Aéronautiques (http://www.sita.aero) (SITA), is exclusively reserved for the aviation community.

- The .coop domain (http://www.iana.org/root-whois/coop.htm), sponsored by DotCooperation LLC (http://www.nic.coop), is restricted to use by bona fide cooperatives and cooperative service organizations that ascribe to the Cooperative Principles of the ICA, such as member ownership and control.

- The .museum domain (http://www.iana.org/root-whois/museum.htm), sponsored by the Museum Domain Management Association (http://about.museum) (MuseDoma), was developed exclusively for the museum community.

Back to top ^

8.

## Can I register a domain name that includes non-ASCii characters (such as Arabic or Chinese)?

Some top-level domains are offering Internationalized Domain Name (Domain Name) (IDN) (/resources/pages/idn-2012-02-25-en) registrations. These can be registered by participating registrars. Contact your registrar for more information.

Back to top ^

9. ## When I register a domain name, will my name and contact information become publicly available?

Information about who is responsible for domain names is publicly available to allow rapid resolution of technical problems and to permit enforcement of consumer protection, trademark, and other laws. The registrar will make this information available to the public on a "WhOIS" site. It is, however, possible to register a domain in the name of a third party, as long as they agree to accept responsibility -- ask your registrar for further details. More information about WHOIS (WHOIS (pronounced "who is"; not an acronym)) can be found at whois.icann.org (https://whois.icann.org/en).

Back to top ^

10. ## How long does a registration last? Can it be renewed?

Each registrar has the flexibility to offer initial and renewal registrations in one-year increments, provided that the maximum remaining unexpired term shall not exceed ten years.

Back to top ^

11. ## I have seen advertisements for domain-name registration by companies not in the accredited registrar directory. Are these legitimate?

Many companies that are not accredited by ICANN (Internet Corporation for Assigned Names and Numbers) offer domain registration services - some are reselling names obtained from accredited registrars. ICANN (Internet Corporation for Assigned

Names and Numbers) recommends that you deal directly with an
accredited registrar.

- View a complete list of ICANN (Internet Corporation for Assigned
  Names and Numbers)-Accredited Registrars
  (http://www.internic.net/regist.html)

Back to top ^

12.
# I just registered a domain name. How do I turn this into a working website?

For a domain name to resolve on the Internet, you will need to secure
hosting services for the domain.

In general terms, you'll need to obtain a static (fixed) IP (Internet
Protocol or Intellectual Property) address for your computer from your
ISP (Internet Service Provider) (although there are work-arounds for
dynamically-assigned IP (Internet Protocol or Intellectual Property)
addresses). You'll need to arrange for two external computers acting
as nameservers to point your domain at your IP (Internet Protocol or
Intellectual Property) address. Your registrar can then point your
domain at the two nameservers which have been configured with your
information.

For more detailed instructions, please ask your ISP (Internet Service
Provider), registrar, or search the web or Usenet for advice.

Back to top ^

13.
# Some registrants do not know that the domain name registrar can be different from the entity providing web-hosting/email services.

While some registrars do provide web-hosting/email services along
with domain name registration services, it could be the case that your
web-hosting/email services are being provided by a different entity
than your domain name registrar (who may also be a provider of web-
hosting services). Your domain name is **not** the same thing as a
website or a Uniform Resource Locator (URL (Uniform Resource
Locator)). While some people assume that the creation of a domain

name automatically means you have a website, what they don't understand is that a domain name is like a street address for getting postal mail: there must still be a building or post office box to receive letters or packages. You must purchase, find, or implement services like web hosting or email to make your Internet presence known by your domain name functional and accessible to others.

Back to top ^

14. ## Am I required to sign up for hosting services from the same company where I registered the domain name?

No. Some registrars may offer hosting services or include them as part of a package when you register the name, but you are not required to use these services.

Back to top ^

15. ## What is an "A" record and how do I change it?

Your 'A' record is your 'Address' record. By assigning a name to the IP (Internet Protocol or Intellectual Property) address or vice versa, the web becomes easier to use. Contact your registrar to find out your options for changing your "A" record.

Back to top ^

16. ## What is an 'MX' record and how do I change it?

Your Mail Exchanger (MX) record specifies where mail for a domain name should be delivered. The record must be an assigned domain name, which in turn points to an IP (Internet Protocol or Intellectual Property) address. Contact your registrar to find out about your options for how to change it.

Back to top ^

17. ## What happens if a registrar goes out of business?

If your registrar has gone out of business, it is common that they will pass their domain name registrations to another registrar. In some

instances, such as when the registrar's accreditation is terminated by ICANN (Internet Corporation for Assigned Names and Numbers), the registrar or ICANN (Internet Corporation for Assigned Names and Numbers) will identify an alternative registrar to take over management of the domain names of the registrar that has gone out of business. The new registrar will likely contact you. However, you can always determine the current registrar of your domain name by looking up the domain name in the Registration Data Directory Service at https://lookup.icann.org (https://lookup.icann.org/).

Back to top ^

## Registrar Suspension Questions

18. ### What does registrar suspension mean?

It means a registrar's ability to sponsor new domain names or initiate inbound transfers is temporarily suspended by ICANN (Internet Corporation for Assigned Names and Numbers). It's not a full suspension of the registrar's accreditation because other registrar services, such as outbound transfers, updates and domain renewals and redemptions, are not affected.

Back to top ^

19. ### Why would an ICANN (Internet Corporation for Assigned Names and Numbers)-accredited registrar be suspended?

Because the registrar has not fulfilled some important obligations under its accreditation agreement with ICANN (Internet Corporation for Assigned Names and Numbers). See Section 5.7 of the 2013 Registrar Accreditation Agreement (RAA (Registrar Accreditation Agreement)) (/resources/pages/approved-with-specs-2013-09-17-en) or Section 2.1 of the 2009 RAA (Registrar Accreditation Agreement) (/resources/pages/ra-agreement-2009-05-21-en?routing_type=path).

Registrar suspension is an enforcement tool that is intended to give the registrar an opportunity to address the problems and become compliant with its RAA (Registrar Accreditation Agreement) obligations.

Back to top ^

20.
## How long will a registrar suspension last?

It will be for a fixed period, as specified in a notice of suspension. The suspension period could last for just a few days, up to 12 months, depending on the severity of the breaches and the surrounding circumstances.

Back to top ^

21.
## How will the public be made aware of a registrar suspension?

All registrar suspensions (and any updates) will be communicated to the public through the posting of a notice of suspension on ICANN (Internet Corporation for Assigned Names and Numbers)'s Contractual Compliance web page (/compliance/notices/).

In addition, the suspended registrar is required to prominently display on its web site a message informing registrants that no new registrations or inbound transfers will be accepted.

Back to top ^

22.
## If I have domain names with a registrar that has been suspended by ICANN (Internet Corporation for Assigned Names and Numbers), will I lose my domain names?

No. Your domain names are still sponsored by the suspended registrar and governed by the terms of your registration agreement with the registrar and applicable ICANN (Internet Corporation for Assigned Names and Numbers) Consensus (Consensus) Policies (/en/general/consensus-policies.htm).

Back to top ^

23.
## My domain name with the suspended registrar is about to expire. How can I make sure it is not lost during the suspension?

Domain renewals are not affected by registrar suspensions.

Back to top ^

24. ## What happens if a domain name is registered through a reseller of the suspended registrar?

Your rights and obligations as the registered name holder (registrant) are not affected by a suspension. However, you should check the terms of your services agreement with the reseller to make sure you are aware of any additional terms that may affect you.

Back to top ^

25. ## What will happen to the suspended registrar after the suspension period?

A. If the registrar cures the breaches within the required timeframe, the suspension will end on the date specified in ICANN (Internet Corporation for Assigned Names and Numbers)'s notice of suspension to the registrar.

B. If the registrar does not cure the breaches in a timely manner, ICANN (Internet Corporation for Assigned Names and Numbers) may extend the suspension and eventually terminate the registrar's accreditation.

Back to top ^

26. ## What happens if the suspended registrar's accreditation is eventually terminated by ICANN (Internet Corporation for Assigned Names and Numbers) and how will registrants be affected?

Please see FAQs for Non-Renewal of Registrar Accreditation Agreement (/en/compliance/compliance-faqs.htm)

Back to top ^

27. ## What support does ICANN (Internet Corporation for Assigned Names and Numbers) need from registries to

suspend a registrar?

ICANN (Internet Corporation for Assigned Names and Numbers) needs registries to implement blocking mechanisms to ensure that a suspended registrar is not able to create new Registered Names or initiate any inbound transfers of Register Names.

Back to top ^

28. ## How will registries be informed of registrar suspensions?

ICANN (Internet Corporation for Assigned Names and Numbers) will send the relevant registries a copy of the notice of suspension immediately after issuing the notice to the registrar.

ICANN (Internet Corporation for Assigned Names and Numbers) will request that the relevant registries acknowledge receipt of the notice of suspension and confirm that blocking mechanisms will be implemented during the effective dates of the suspension.

Back to top ^

29. ## How should registries respond to inquiries about a suspended registrar?

Registries should direct inquirers to the suspension notice and the related FAQs published on ICANN (Internet Corporation for Assigned Names and Numbers)'s web site and, if appropriate, to the complaint system or email.

Back to top ^

30. ## Should registries process auto-renewals for suspended registrars?

Auto-renewals are not affected by suspension and thus can be processed under the normal course of business.

Back to top ^

31.

## Will there be a standard execution time?

Yes. The suspension execution time will be stated in the notice of suspension. For example: The registrar suspension is effective 17:00:00 (UTC/GMT) 15 February 2012 through 17:00:00 (UTC/GMC) 15 March 2012.

Back to top ^

32.

## If a registrar cures all breaches referenced in ICANN (Internet Corporation for Assigned Names and Numbers)'s notice of suspension, will the suspension period be shortened?

No. The suspension period referenced in the notice of suspension is fixed and will not be shortened.

Back to top ^

33.

## Under what circumstances will ICANN (Internet Corporation for Assigned Names and Numbers) consider extending the suspension period?

The suspension period may be extended if: (1) the impacted registrar fails to cure all breaches and ICANN (Internet Corporation for Assigned Names and Numbers) must proceed with RAA (Registrar Accreditation Agreement) termination; or (2) it is determined that additional time will be provided to the registrar to cure all breaches.

Back to top ^

34.

## How will registries know if a registrar suspension will be extended or lifted?

ICANN (Internet Corporation for Assigned Names and Numbers) will provide registries notice before the suspension is scheduled to end, whether the suspension will be extended or lifted.

Back to top ^

35.

How should registries report the status of a "suspended" registrar in their monthly reports to ICANN (Internet Corporation for Assigned Names and Numbers) and what additional tracking information should be reflected in the monthly reports once a registrar comes off of suspension?

At this time, no additional reporting or tracking concerning suspended registrars will be required in registry monthly reports.

Back to top ^

36. Will ICANN (Internet Corporation for Assigned Names and Numbers) indemnify a registry for actions taken in support of a registrar suspension?

No. Complying with terms of suspension is no different than complying with a termination and considered a Registry Service under the Registry Agreement.

Back to top ^

37. Will suspended registrars be prohibited from complying with court orders pertaining to inbound transfers?

A suspended registrar will not be prohibited from complying with an order from a court of competent jurisdiction ordering the inbound transfer of domain name.

Back to top ^

## Questions related to Contractual Compliance Approach and Process

38. What is ICANN (Internet Corporation for Assigned Names and Numbers)'s Contractual Compliance Approach and Process?

ICANN (Internet Corporation for Assigned Names and Numbers) approach and process can be found at this link:

https://www.icann.org/resources/pages/approach-processes-2012-02-25-en (/resources/pages/approach-processes-2012-02-25-en). ICANN (Internet Corporation for Assigned Names and Numbers), in collaboration with the different ICANN (Internet Corporation for Assigned Names and Numbers) stakeholders, implemented the Informal and Formal Resolution processes. The processes ensure consistency for all parties involved, including ICANN (Internet Corporation for Assigned Names and Numbers)'s global staff, contracted parties and complainants.

ICANN (Internet Corporation for Assigned Names and Numbers) undertakes various activities to ensure compliance with contractual obligations; some of the activities are a result of complaints, some are monitoring and others are audit-related.

The complaints are received by ICANN (Internet Corporation for Assigned Names and Numbers) upon submission by complainants using the web forms posted at this link: https://www.icann.org/compliance/complaint (/compliance/complaint) or via an email to Compliance@ICANN (Internet Corporation for Assigned Names and Numbers).org (mailto:compliance@icann.org).

The monitoring activities are ICANN (Internet Corporation for Assigned Names and Numbers)-initiated, based in part on industry articles, social media postings, previous complaints, and trend analysis in an effort to proactively address any alleged failure to comply with contract terms.

Please refer to this link https://www.icann.org/resources/pages/audits-2012-02-25-en (/resources/pages/audits-2012-02-25-en) to learn more about ICANN (Internet Corporation for Assigned Names and Numbers) Contractual Compliance Audit program and activities.

Back to top ^

## 39. What is the difference between the Informal resolution and Formal resolution process?

The Informal Resolution process allows ICANN (Internet Corporation for Assigned Names and Numbers)'s contractual compliance team to work closely with Registrars and Registries to help them understand

their contractual obligations and overcome any contractual compliance challenges and issues they may have. ICANN (Internet Corporation for Assigned Names and Numbers) attempts to resolve contractual compliance matters informally before pursuing formal remedies available under the agreements. ICANN (Internet Corporation for Assigned Names and Numbers) does not provide details regarding contractual compliance activities in the informal resolution phase, in the interest of facilitating open dialogue and resolution. In certain cases, when ICANN (Internet Corporation for Assigned Names and Numbers) determines that a contracted party must resolve a critical issue immediately, an escalated notice is sent. Failure to adequately respond to an escalated notice may result in a breach notice.

The Formal Resolution process, also known as the Enforcement Process, commences when contracted parties have either failed to sufficiently collaborate during the Informal Resolution process or otherwise continue to be noncompliant after attempts at informal resolution have been unsuccessful. Notices sent during the Formal Resolution process are published on https://www.icann.org/compliance/notices (/compliance/notices), and ICANN (Internet Corporation for Assigned Names and Numbers) updates the progress of each enforcement action.

Back to top ^

## 40. What is the turn-around time during the contractual compliance Informal Resolution process?

ICANN (Internet Corporation for Assigned Names and Numbers) Contractual Compliance staff strives to address new complaints within 3-5 business days of receipt. The time it takes a contracted party to respond to contractual compliance matters in the informal resolution process varies. Depending on the type of complaint, a contracted party will have a certain number of days to respond to the complaint. The majority of complaint types follow a 5-5-5 business day deadline for each of the first three notices, respectively. In other words, there is a first notice with a 5 business day deadline to respond; if not resolved, there is a second notice with a 5 business day deadline to respond; and if not resolved, there is a third notice with a 5 business

day deadline to respond. There are exceptions to the 5-5-5 business day structure for the first three notices based on timelines set by ICANN (Internet Corporation for Assigned Names and Numbers)'s agreements and consensus policies, and sometimes by other facts and circumstances. For example, Registrars have 15 business days to respond to a WhOIS Inaccuracy 1st Notice, and certain complaints have 24 hours turnaround (such as TEAC (Transfer Emergency Action Contact), URS (Uniform Rapid Suspension) suspension complaints and certain UDRP (Uniform Domain-Name Dispute Resolution Policy) complaints). When a 3rd notice deadline passes in the Informal Resolution process and compliance issues remain, escalated notices will follow, up to and including breach notices, the scope of which depends on the collaboration, completeness and remediation time from the contracted party.

Metrics regarding the turn-around time of Registrars and Registries are shared with the community and posted in the outreach materials at https://www.icann.org/resources/compliance/outreach (/resources/compliance/outreach).

Back to top ^

41.
## How does ICANN (Internet Corporation for Assigned Names and Numbers) manage the contractual compliance complaints?

ICANN (Internet Corporation for Assigned Names and Numbers) reviews all complaints it receives, regardless of the source, where the complaints are within the scope of agreement and consensus policies. ICANN (Internet Corporation for Assigned Names and Numbers) works constructively with Registrars and Registries to foster a culture of contractual compliance.

The consolidated complaints processing system that ICANN (Internet Corporation for Assigned Names and Numbers) uses to respond to complaints separates complaints by category. Certain complaints are automatically closed by the system, such as suspended domains in WHOIS (WHOIS (pronounced "who is"; not an acronym)) inaccuracy complaints or if the complaint is outside the scope of the contracted

party's contractual obligations to ICANN (Internet Corporation for Assigned Names and Numbers).

ICANN (Internet Corporation for Assigned Names and Numbers)'s contractual compliance department maintains working relationships with contracted parties and may engage with them informally regardless of whether there is a pending complaint. There does not need to be an open complaint for ICANN (Internet Corporation for Assigned Names and Numbers) to engage in dialogue with a contracted party.

Back to top ^

42.

## What are ICANN (Internet Corporation for Assigned Names and Numbers)'s role and responsibilities regarding alleged illegal activities on websites?

ICANN (Internet Corporation for Assigned Names and Numbers) accredits companies as domain name Registrars and works to ensure contractual compliance with the terms and conditions of the 2009 and 2013 Registrar Accreditation Agreements (RAAs). Although ICANN (Internet Corporation for Assigned Names and Numbers) generally does not become involved with disputes regarding website content, ICANN (Internet Corporation for Assigned Names and Numbers) investigates all reports of non-compliance with contractual obligations under the RAAs and takes appropriate action consistent with the terms of the RAAs.

ICANN (Internet Corporation for Assigned Names and Numbers) is not a governmental or law enforcement agency and has no law enforcement authority. ICANN (Internet Corporation for Assigned Names and Numbers) is also not a court and is not empowered to resolve disputes when parties disagree over what constitutes illegal activity in multiple countries around the world. Therefore, ICANN (Internet Corporation for Assigned Names and Numbers) relies on governmental regulatory authorities and courts to police illegal activity. ICANN (Internet Corporation for Assigned Names and Numbers) supports law enforcement efforts to fight illegal drug sales and will continue to work within the scope of its contractual authority to assist law enforcement and regulatory agencies, where

empowered to do so. For example, where law enforcement or a regulatory agency obtains an appropriate court order, ICANN (Internet Corporation for Assigned Names and Numbers) will comply with the court order and require its contracted parties to do the same.

Back to top ^

# EXHIBIT B



Home > Whois Lookup > DaftSex.porn

# Whois Record for DaftSex.porn

**– Domain Profile**

| | |
|---|---|
| **Registrant** | REDACTED FOR PRIVACY |
| **Registrant Org** | Privacy service provided by Withheld for Privacy ehf |
| **Registrant Country** | is |
| **Registrar** | NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 16613102107 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 209 days old<br>Created on 2022-03-10<br>Expires on 2023-03-10<br>Updated on 2022-03-15 |
| **Name Servers** | IVAN.NS.CLOUDFLARE.COM (has 25,988,388 domains)<br>KIA.NS.CLOUDFLARE.COM (has 25,988,388 domains) |
| **Tech Contact** | REDACTED FOR PRIVACY<br>REDACTED FOR PRIVACY,<br>REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY,<br>REDACTED FOR PRIVACY<br>(p) x (f) x |
| **IP Address** | 104.21.22.220 - 518 other sites hosted on this server |
| **IP Location** | - California - San Jose - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **IP History** | 2 changes on 2 unique IP addresses over 0 years |
| **Hosting History** | 2 changes on 3 unique name servers over 0 year |

**– Website**

| | |
|---|---|
| **Website Title** | 500 SSL negotiation failed: |

**Response Code** 500

---

**Whois Record** ( last updated on 2022-10-05 )

---

```
Domain Name: daftsex.porn
Registry Domain ID: DA4208C15D38547B782BD07A136609FB2-GDREG
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-03-15T08:29:18Z
Creation Date: 2022-03-10T08:29:17Z
Registry Expiry Date: 2023-03-10T08:29:17Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
ified in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
 in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
```

```
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified
in this output
for information on how to contact the Registrant, Admin, or Tech contact of the
queried domain
name.
Name Server: ivan.ns.cloudflare.com
Name Server: kia.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```



## Tools

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

Home >   Whois Lookup >   DaftSex.tv

# Whois Record for DaftSex.tv

## — Domain Profile

| | |
|---|---|
| **Registrant** | Redacted for Privacy |
| **Registrant Org** | Privacy service provided by Withheld for Privacy ehf |
| **Registrant Country** | is |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br><br>abuse@namecheap.com<br>(p) 19854014545 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 895 days old<br>Created on 2020-04-23<br>Expires on 2023-04-23<br>Updated on 2022-03-25 |
| **Name Servers** | JEFF.NS.CLOUDFLARE.COM (has 25,988,388 domains)<br>TRICIA.NS.CLOUDFLARE.COM (has 25,988,388 domains)    Reverse NS ▼ |
| **Tech Contact** | Redacted for Privacy<br>Privacy service provided by Withheld for Privacy ehf<br>Kalkofnsvegur 2,<br>Reykjavik, Capital Region, 101, is<br><br>d76657245cee4a72ae3489204c4d9cb3.protect@withheldforprivacy.com<br>(p) 3544212434 |
| **IP Address** | 104.21.20.102 - 535 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Hosting History** | 1 change on 2 unique name servers over 2 years |

## — Website

| | |
|---|---|
| **Website Title** | 🛡 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record** ( last updated on 2022-10-05 )

```
Domain name: daftsex.tv
Registry Domain ID: 148374474_DOMAIN_TV-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-03-25T18:03:38.93Z
Creation Date: 2020-04-23T11:08:44.00Z
Registrar Registration Expiration Date: 2023-04-23T11:08:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: d76657245cee4a72ae3489204c4d9cb3.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: d76657245cee4a72ae3489204c4d9cb3.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: d76657245cee4a72ae3489204c4d9cb3.protect@withheldforprivacy.com
Name Server: jeff.ns.cloudflare.com
Name Server: tricia.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

# Exhibit C



Home > Whois Lookup > PornWild.to

# Whois Record for PornWild.to

**— Domain Profile**

| | | |
|---|---|---|
| **Proximity Score** | 100 | ➤ |
| **Registrar Status** | taken | |
| **Name Servers** | JANET.NS.CLOUDFLARE.COM (has 25,988,388 domains)<br>JIM.NS.CLOUDFLARE.COM (has 25,988,388 domains) | ➤ |
| **IP Address** | 104.21.5.125 - 566 other sites hosted on this server | ➤ |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. | |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) | |
| **Whois History** | 64 records have been archived since 2020-09-01 | ➤ |
| **IP History** | 4 changes on 4 unique IP addresses over 2 years | ➤ |
| **Hosting History** | 4 changes on 4 unique name servers over 2 years | ➤ |

**— Website**

| | | |
|---|---|---|
| **Website Title** | 🆆 PornWild.com - 💖 Free Porn Videos, XXX Movies & Albums | ➤ |
| **Server Type** | ddos-guard | |
| **Response Code** | 200 | |
| **Terms** | 2,026 (Unique: 897, Linked: 908) | |
| **Images** | 16 (Alt tags missing: 0) | |
| **Links** | 188   (Internal: 160, Outbound: 25) | |

### Whois Record ( last updated on 20221005 )

```
% NOTE: The registry for this domain name does not publish ownership
%       records (whois records) in the standard format. This data
%       represents the most likely status of the domain based on
%       information provided by the Internet's domain name servers (DNS).

domain: pornwild.to
status: taken
nameserver: janet.ns.cloudflare.com
nameserver: jim.ns.cloudflare.com
```

```
% For more information, please visit http://www.tonic.to/
```



**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

Home  >  Whois Lookup  >  NicePornProxy.com

# Whois Record for NicePornProxy.com

## — Domain Profile

| | |
|---|---|
| **Proximity Score** | 25 |
| **Email** | abuse@namecheap.com is associated with ~16,895,710 domains<br>151f86416e7a4...@withheldforprivacy.com |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br><br>abuse@namecheap.com<br>(p) 19854014545 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 543 days old                                Whois History<br>Created on 2021-04-10<br>Expires on 2023-04-10<br>Updated on 2022-03-01 |
| **Name Servers** | BRODIE.NS.CLOUDFLARE.COM (has 25,988,388 domains)<br>DORTHY.NS.CLOUDFLARE.COM (has 25,988,388 domains) |
| **IP Address** | 104.21.35.199 - 493 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 8 records have been archived since 2021-04-10 |
| **IP History** | 3 changes on 3 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

## — Website

| | |
|---|---|
| **Website Title** | 🅿 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record ( last updated on 2022-10-05 )**

```
Domain name: nicepornproxy.com
Registry Domain ID: 2604142803_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-03-01T15:05:35.22Z
Creation Date: 2021-04-10T08:33:28.00Z
Registrar Registration Expiration Date: 2023-04-10T08:33:28.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 151f86416e7a431588ab9b7808b8e346.protect@withheldforprivacy.co
m
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 151f86416e7a431588ab9b7808b8e346.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 151f86416e7a431588ab9b7808b8e346.protect@withheldforprivacy.com
Name Server: brodie.ns.cloudflare.com
Name Server: dorthy.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

# Exhibit D

Case 2:22-cv-01942-DJH    Document 2-3    Filed 11/15/22    Page 38 of 54

namecheap | **blog**

Go To Namecheap.com



Domain Basics , Domains, Security & Privacy , Staying Secure

# Domain privacy is changing at Namecheap

👤 Colleen Branch | March 4, 2021                                    💬 8

5 min read

Customer privacy and security have always been at the core of our values, and remain a top priority at Namecheap each and every day. As a business, we strongly champion privacy standards and reinforce our stance by providing free privacy protection for every eligible domain registration or transfer, and today we have some news to share with you.

## Introducing Withheld for Privacy

After careful consideration, we have decided to switch domain privacy protection service providers from WhoisGuard to Withheld for Privacy.

Don't worry, your domains will not be impacted, and you will not need to take any action. Any domains covered by WhoisGuard, will be protected by Withheld for Privacy **from March 17th, 2021**.

We have chosen this new provider as we believe they offer the best domain privacy protection available for our customers.

Before we delve further into how this switch affects you, and give more details on our chosen provider, let's take a look at privacy as a whole.

## Why domain privacy matters to you

The Internet Corporation for Assigned Names and Numbers (ICANN) is responsible for keeping the Internet secure. One of their rules is that domain registrants must provide up-to-date contact information for each registered domain. This information is displayed in the public Whois database.

This is so that if any problems arise in relation to a domain (such as ownership or copyright issues) the registrant can be easily found.

However, this presents a privacy issue because the database is accessible to anyone, including marketing firms, spammers, and online fraudsters.

Domain privacy services keep your contact information anonymous. Your real information is replaced with randomly generated data. If any messages are sent to the randomly generated email address, they are filtered for spam, then forwarded on to a genuine email address of your choice.

## Privacy protection is changing worldwide

Due to the rise of privacy laws such as the European Union's General Data Protection Regulation (GDPR), the domain industry is changing. If a customer is covered by GDPR,  their information must not be shared in public, without their consent.



Domain privacy is changing at Namecheap | Namecheap Blog

At the same time, (as noted above), under ICANN requirements, when a domain is registered, registrants must provide up-to-date and accurate information for the public Whois database.

Not all registrars offer domain privacy to registrants who are not covered by GDPR. Some even charge for the service. Additionally, even if you are protected by the GDPR (and your information isn't shared with the public, it is subject to onward sharing to additional entities like registries).

This means that if a customer wants to understand how their data is handled, they are tasked with reviewing each registry privacy policy that their top-level domains are held with.



# Why Withheld for Privacy?

Having scoured the globe for a domain privacy service that matches our needs, we've selected Withheld for Privacy, based in Iceland, a country known for its privacy standards.

They believe (just like Namecheap), that privacy concerning one's private life (such as personal data), is a basic human right.

Importantly, **Withheld for Privacy does not require your personal data,** meaning your information is stored and stays with Namecheap.

# How this affects you

We will have switched domain privacy providers by March 17th, 2021. You will mostly remain unaffected by this change, and will continue to:

- **Stay protected from fraud and identity theft.**
  Your contact details will be hidden from the public Whois database.

- **Free for life with every new registration or transfer.**
  This service is free for as long as you remain a Namecheap customer.

- **Prevent your inbox from being clogged up with spam.**
  No contact details mean no unwanted emails.

The current functionality will stay as-is, and your email address will be replaced with a unique email address, which can be automatically changed at regular intervals. Any email you receive will be filtered for spam, then forwarded to an email address of your choice.

Please be aware that domain privacy is *still* unavailable for a handful of top-level domains found here at Namecheap. We'd love to provide every domain with domain privacy but, due to registry restrictions, it cannot be used with **.ca**, **.ch**, **.cn**, **.co.in**, **.co.uk**, **.com.au**, **.com.es**, **.com.sg**, **.de**, **.es**, **.eu**, **.fr**, **.gg**, **.id**, **.in**, **.li**, **.me.uk**, **.net.au**, **.nl**, **.nom.es**, **.nu**, **.nyc**, **.org.es**, **.org.au**, **.org.uk**, **.paris**, **.sg**, **.to**, **.uk**, **.us**, **.vote**, **.voto**, **.xn--3ds443g** domains.

3/21/22, 11:36 AM
Domain privacy is changing at Namecheap - Namecheap Blog

And here's what's different:

- **You will no longer see 'WhoisGuard'.**
  In your account and order summaries, you'll stop seeing 'WhoisGuard', and will see 'Domain Privacy' instead.

- **Your contact details will be automatically rotated.**
  We will rotate your privacy service contact details automatically, which means you don't have to take any action.

- **Your data stays with Namecheap**
  Withheld for Privacy does not require any personal data, so your personal data remains safely with us.

Don't worry, you won't have to do anything to set up Withheld for Privacy. Everything will be taken care of.

# Final thoughts

We will always take privacy seriously at Namecheap. It's built into our culture.

> "We believe that privacy is a fundamental right, that not only protects our customers from abuse, but enables everybody's right to a free and open internet. One of our core values is the security and privacy of our customer data, and this change is just one more step in ensuring that our customers are provided the protections they deserve without having to pay for that basic human right."
>
> *Hillan Klein, Chief Operating Officer at Namecheap*

If you have any questions, please don't hesitate to reach out and ask our support team. They are available around the clock, and ready to help.

Thanks for reading. Now go forth and register your dream domain name!

Search for your domain



0

Article Rating

★ ★ ★ ★ ★

Was this article helpful? 👍 272

Show the conversation

# Get the latest news and deals

Sign up for email updates covering blogs, offers, and lots more.

**I'd like to receive:**

☐ New blog post alerts

☐ Regular newsletter and special offers

[ Enter your email ]  **Subscribe**

Your data is kept safe and private in line with our values and the GDPR.

**Current Deals at Namecheap →**

# Help us blog better

What would you like us to write more about?

ALL    STARTUP & BUSINESS    ONLINE MARKETING    SECURITY & PRIVACY    PRODUCTS, APPS & DEALS    TECH TIPS & TOOLS    WORDPRESS    NEWS    DOMAINS

HOSTING

Send Suggestion



## Colleen Branch

Colleen is a senior copywriter at Namecheap and has been focussing on domain registration and management since 2019. She finds the domain industry fascinating and believes that "A domain name has unlimited possibilities. It's a chance for an individual or business to create a brand, communicate personality, and to grow. At Namecheap, we offer everything a person needs to get started and build their dream." Colleen started her copywriting career in 2008 and has been featured in HuffPost UK, The Times, and many other places in print and online. Her passions include cooking, music, and playing pool.

More articles written by Colleen.

## More articles like this



**Create a website for a spring holiday**

Andrew A. | Mar 16, 2022

5 min read                                    💬 0

**How to find domains related to trending keywords**

Andrew A. | Mar 1, 2022

4 min read                                    💬 0



Next Post

## [News] TikTok settles massive privacy lawsuit

Read More →



| Domains | Security | Blog |
| --- | --- | --- |
| Domain Name Search | Domain Privacy | Domains |
| Transfer | PremiumDNS | Deals |
| New TLDs | VPN UPDATED | Engineering |



Personal Domain
Marketplace

Whois Lookup
PremiumDns
FreeDNS

**Hosting**
Shared Hosting `UPDATED`
WordPress Hosting
Reseller Hosting
VPS Hosting
Dedicated Servers
Private Email Hosting
Migrate to Namecheap
WebSite Builder

**WordPress**
Shared Hosting
WordPress Hosting `UPDATED`
Migrate WordPress

2FA
Public DNS

**Transfer to Us** `TRY ME`
Transfer Domains
Migrate Hosting
Migrate WordPress
Migrate Email

**SSL Certificates**
Comodo
Organization Validation
Domain Validation
Extended Validation
Single Domain
Wildcard
Multi-Domain

Entrepreneurial Lifestyle
Managing a Business

Marketing Tips
News
Products
Security & Privacy
Technology
WordPress
Working From Home

Sign up for email updates
Current Deals
GDPR Commitment
Contact Us
Go to Namecheap.com
Status & Updates

 

The entirety of this site is protected by copyright © 2022 Namecheap. All rights reserved.

Terms and Conditions      Privacy Policy      GDPR      Cookie Preferences

隐私权 - 使用条款

# Exhibit E



HOME    **RESEARCH**

**DomainTools**    PROFILE ▾    CONNECT ▾    MONITOR ▾    RESOURCES ▾    SUPPORT    [Whois Lookup 🔍]    ACCOUNT ▾

Home › Hosting History › Daftsex.com

## Hosting History for Daftsex.com

Enter any domain name and Hosting History will list IP address, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

### Lookup the Hosting History of a Domain

[daftsex.com]    **LOOKUP**

### IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2006-03-05 | New | -none- | 64.20.41.163 |
| 2006-03-11 | Not Resolvable | 64.20.41.163 | -none- |
| 2006-06-16 | New | -none- | 70.85.8.10 |
| 2006-06-23 | Change | 70.85.8.10 | 208.113.140.227 |
| 2007-10-21 | Not Resolvable | 208.113.140.227 | -none- |
| 2007-10-21 | Not Resolvable | 208.113.140.227 | -none- |
| 2008-12-22 | Change | 208.113.140.227 | 68.178.232.91 |
| 2009-08-25 | Change | 68.178.232.91 | 64.202.166.234 |
| 2009-11-23 | Change | 64.202.166.234 | 64.202.166.232 |
| 2010-02-15 | Change | 64.202.166.232 | 64.202.166.233 |
| 2010-07-25 | Change | 64.202.166.233 | 208.109.78.129 |
| 2011-04-10 | New | -none- | 208.109.78.129 |
| 2011-04-21 | Change | 208.109.78.129 | 208.109.78.128 |
| 2011-07-28 | Change | 208.109.78.128 | 72.167.232.231 |
| 2012-06-16 | Change | 72.167.232.231 | 82.98.86.179 |
| 2012-08-06 | Not Resolvable | 82.98.86.179 | -none- |
| 2012-09-05 | New | -none- | 141.8.224.25 |
| 2012-12-30 | Change | 141.8.224.25 | 69.43.161.174 |
| 2013-02-06 | Change | 69.43.161.174 | 199.59.163.207 |
| 2013-02-17 | Change | 199.59.163.207 | 69.43.161.174 |
| 2013-09-12 | Change | 69.43.161.174 | 209.222.14.3 |
| 2013-10-12 | Not Resolvable | 209.222.14.3 | -none- |
| 2013-11-18 | New | -none- | 208.73.211.66 |
| 2013-12-01 | Change | 208.73.211.66 | 208.73.211.249 |
| 2013-12-30 | Change | 208.73.211.249 | 208.73.211.246 |
| 2014-01-25 | Change | 208.73.211.246 | 208.73.211.230 |
| 2014-02-07 | Change | 208.73.211.230 | 174.137.132.45 |
| 2014-03-05 | Change | 174.137.132.45 | 208.73.211.161 |
| 2014-03-18 | Change | 208.73.211.161 | 208.73.211.164 |
| 2014-04-15 | Change | 208.73.211.164 | 208.73.210.215 |
| 2014-05-10 | Change | 208.73.210.215 | 208.73.211.152 |
| 2014-05-22 | Change | 208.73.211.152 | 208.73.211.161 |
| 2014-06-03 | Change | 208.73.211.161 | 208.73.211.152 |
| 2014-06-15 | Change | 208.73.211.152 | 208.73.211.161 |
| 2014-06-27 | Change | 208.73.211.161 | 208.73.210.203 |
| 2014-07-09 | Change | 208.73.210.203 | 208.73.211.163 |
| 2014-07-21 | Change | 208.73.211.163 | 208.73.210.203 |
| 2014-08-14 | Change | 208.73.210.203 | 208.73.211.163 |
| 2014-08-26 | Change | 208.73.211.163 | 208.73.210.203 |
| 2014-09-07 | Change | 208.73.210.203 | 208.73.210.200 |
| 2014-09-20 | Change | 208.73.210.200 | 208.73.211.164 |
| 2014-10-02 | Change | 208.73.211.164 | 208.73.210.204 |
| 2014-10-14 | Change | 208.73.210.204 | 208.73.210.200 |
| 2014-11-09 | Change | 208.73.210.200 | 208.73.210.211 |
| 2014-11-22 | Change | 208.73.210.211 | 50.63.202.87 |
| 2014-12-31 | Not Resolvable | 50.63.202.87 | -none- |
| 2015-06-19 | New | -none- | 85.143.217.246 |
| 2016-07-13 | Change | 85.143.217.246 | 104.31.94.151 |
| 2018-05-05 | Change | 104.31.94.151 | 82.202.211.211 |
| 2018-05-23 | Change | 82.202.211.211 | 104.31.94.151 |
| 2018-08-03 | Change | 104.31.94.151 | 172.64.96.4 |
| 2018-08-21 | Change | 172.64.96.4 | 172.64.168.4 |
| 2018-09-26 | Change | 172.64.168.4 | 172.64.164.9 |
| 2018-10-17 | Change | 172.64.164.9 | 172.64.164.10 |
| 2018-11-05 | Change | 172.64.164.10 | 172.64.196.10 |
| 2018-11-25 | Change | 172.64.196.10 | 172.64.202.26 |
| 2018-12-16 | Change | 172.64.202.26 | 104.24.112.13 |
| 2019-01-05 | Change | 104.24.112.13 | 104.27.176.208 |

### Registrar History

| Date | Registrar |
|---|---|
| 2006-06-21 | Schlund.de |
| 2012-09-03 | BearTrapDomains.com |
| 2013-11-10 | GoDaddy.com |
| 2015-06-18 | EvoPlus Ltd. |
| 2021-01-11 | NameCheap Inc. |
| 2022-03-18 | Namesilo, LLC |

### Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2006-02-15 | New | -none- | Parked-domains.net |
| 2006-02-18 | Delete | Parked-domains.net | My-name-server.com |
| 2006-03-03 | New | -none- | My-name-server.com |
| 2006-03-06 | Delete | My-name-server.com | 1and1.com |
| 2006-03-07 | Delete | My-name-server.com | 1and1.com |
| 2006-06-16 | New | -none- | 1and1.com |
| 2006-06-17 | Transfer | 1and1.com | Sexoscar.com |
| 2006-06-23 | Transfer | Sexoscar.com | Dreamhost.com |
| 2008-12-18 | Transfer | Dreamhost.com | Domaincontrol.com |
| 2012-06-16 | Transfer | Domaincontrol.com | Domcollect.com |
| 2012-07-28 | Delete | Domcollect.com | -none- |
| 2012-09-03 | New | -none- | Blank-nameserver.com |
| 2012-09-05 | Transfer | Blank-nameserver.com | Rookdns.com |
| 2012-12-30 | Transfer | Rookdns.com | Above.com |
| 2013-09-12 | Transfer | Above.com | Ndoverdrive.com |
| 2013-10-02 | Delete | Ndoverdrive.com | -none- |
| 2014-02-05 | New | -none- | Dsredirection.com |
| 2014-02-19 | Transfer | Domainingdepot.com | Dsredirection.com |
| 2014-11-12 | Transfer | Dsredirection.com | Domaincontrol.com |
| 2014-12-23 | Delete | Domaincontrol.com | -none- |
| 2015-06-19 | New | -none- | Simplecloud.ru |
| 2016-07-13 | Transfer | Simplecloud.ru | Cloudflare.com |

| 2019-01-25 | Change | 104.27.176.208 | 104.24.100.14 |
| 2019-02-15 | Change | 104.24.100.14 | 104.27.166.184 |
| 2021-02-05 | Change | 104.27.166.184 | 104.21.88.111 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

Case 2:22-cv-01942-DJH  Document 2-3  Filed 11/15/22  Page 46 of 54

Home  >   Hosting History  >   Daftsex.tv

## Hosting History for Daftsex.tv

Enter any domain name and Hosting History will list IP address, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

### Lookup the Hosting History of a Domain

daftsex.tv

LOOKUP

## IP Address History

We have no record of any IP changes.

## Registrar History

We have no record of any registrar changes.

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|------------|--------|-------------------|--------------------|
| 2020-04-28 | New | -none- | Cloudflare.com |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2022 DomainTools

Home  >  Hosting History  >  Daftsex.porn

## Hosting History for Daftsex.porn

Enter any domain name and Hosting History will list IP address, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

**Lookup the Hosting History of a Domain**

daftsex.porn

LOOKUP

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2022-03-11 | New | -none- | 198.54.117.210 |
| 2022-03-13 | Change | 198.54.117.210 | 172.67.207.36 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

## Registrar History

We have no record of any registrar changes.

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2022-03-11 | New | none | Registrar-servers.com |
| 2022-03-13 | Transfer | Registrar-servers.com | Cloudflare.com |



Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2022 DomainTools

# EXHIBIT F



## Hosting History for Pornwild.com

Enter any domain name and Hosting History will list IP addresses, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

**Lookup the Hosting History of a Domain**

pornwild.com

LOOKUP

### IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2006-04-08 | New | -none- | 205.178.189.131 |
| 2007-09-02 | Change | 205.178.189.131 | 209.62.20.188 |
| 2007-12-16 | Change | 209.62.20.188 | 209.62.20.230 |
| 2008-04-27 | Change | 209.62.20.230 | 209.62.20.242 |
| 2009-08-30 | Change | 209.62.20.242 | 209.62.105.19 |
| 2009-10-03 | Change | 209.62.105.19 | 82.98.86.169 |
| 2009-10-03 | Not Resolvable | 82.98.86.169 | -none- |
| 2009-10-14 | New | -none- | 82.98.86.169 |
| 2011-03-07 | Change | 82.98.86.169 | 72.52.4.90 |
| 2011-03-18 | Change | 72.52.4.90 | 82.98.86.169 |
| 2011-04-10 | New | -none- | 82.98.86.169 |
| 2011-09-18 | Change | 82.98.86.169 | 72.52.4.90 |
| 2011-10-01 | Change | 72.52.4.90 | 82.98.86.169 |
| 2012-01-03 | Change | 82.98.86.169 | 72.52.4.90 |
| 2012-01-14 | Change | 72.52.4.90 | 82.98.86.169 |
| 2013-12-30 | Change | 82.98.86.169 | 72.52.4.90 |
| 2014-01-12 | Change | 72.52.4.90 | 82.98.86.169 |
| 2014-03-18 | Change | 82.98.86.169 | 72.52.4.90 |
| 2014-03-31 | Change | 72.52.4.90 | 82.98.86.169 |
| 2014-05-10 | Change | 82.98.86.169 | 72.52.4.90 |
| 2014-06-15 | Change | 72.52.4.90 | 72.52.4.119 |
| 2019-02-15 | Change | 72.52.4.119 | 91.195.240.126 |
| 2020-06-26 | Change | 91.195.240.126 | 91.195.241.136 |
| 2020-11-24 | Change | 91.195.241.136 | 91.195.241.137 |
| 2020-12-14 | Change | 91.195.241.137 | 184.168.131.241 |
| 2021-12-21 | Change | 3.33.152.147 | 172.67.187.198 |
| 2021-12-22 | Change | 172.67.187.198 | 104.21.51.219 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

### Registrar History

| Date | Registrar |
|---|---|
| 2001-11-05 | Network Solutions |
| 2018-06-24 | |
| 2018-06-24 | Network Solutions |
| 2020-11-08 | GoDaddy.com |
| 2021-12-19 | NameCheap Inc. |

### Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-08-30 | Transfer | Worldnic.com | Pendingrenewaldeletion.com |
| 2009-09-29 | Delete | Pendingrenewaldeletion.com | -none- |
| 2009-10-03 | New | -none- | Sedoparking.com |
| 2020-12-14 | Transfer | Sedoparking.com | Domaincontrol.com |
| 2021-12-21 | Transfer | Domaincontrol.com | Cloudflare.com |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

Home  >  Hosting History  >  Pornwild.to

## Hosting History for Pornwild.to

Enter any domain name and Hosting History will list IP address, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

### Lookup the Hosting History of a Domain

pornwild.to

LOOKUP

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
| --- | --- | --- | --- |
| 2020-09-04 | New | -none- | 185.178.208.181 |
| 2020-11-03 | Change | 185.178.208.181 | 104.31.79.99 |
| 2020-12-03 | Change | 104.31.78.99 | 185.178.208.145 |
| 2021-05-08 | Change | 185.178.208.145 | 104.26.1.11 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

## Registrar History

We have no record of any registrar changes.

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
| --- | --- | --- | --- |
| 2020-09-04 | New | -none- | Registrar-servers.com |
| 2020-11-03 | Transfer | Registrar-servers.com | Cloudflare.com |

| Event Date | Action | Pre-Action Server | Post-Action Server |
|------------|----------|-------------------|--------------------|
| 2020-12-03 | Transfer | Cloudflare.com | Ddos-guard.net |
| 2021-05-08 | Transfer | Ddos-guard.net | Cloudflare.com |



Home  >  Hosting History  >  Nicepornproxy.com

## Hosting History for Nicepornproxy.com

Enter any domain name and Hosting History will list IP address, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

### Lookup the Hosting History of a Domain

nicepornproxy.com

LOOKUP

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2021-04-12 | New | -none- | 172.67.179.25 |
| 2021-04-13 | Not Resolvable | 172.67.179.25 | -none- |
| 2021-05-02 | New | -none- | 104.21.35.199 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

## Registrar History

| Date | Registrar |
|---|---|
| 2021-04-10 | NameCheap Inc. |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2021-04-12 | New | -none- | Cloudflare.com |



Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2022 DomainTools