David D. Lin (*pro hac vice* forthcoming)
david@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Attorneys for Fornix Holdings LLC and CP Productions, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRCIT OF ARIZONA

| | |
|---|---|
| Fornix Holdings LLC and CP Productions, Inc.<br><br>*Plaintiffs*,<br><br>v.<br><br>John Doe #1 d/b/a DaftSex.com, John Doe #2 d/b/a PornWild.com, EasyDNS Technologies Inc., Namecheap, Inc., Cloudflare, Inc., and Google, LLC<br><br>*Defendants*. | Case No.:<br><br>**DECLARATION OF DAVID L. GRAVES** |

I, DAVID L. GRAVES, hereby declares under penalty of law that the following is true and correct:

1.  I am a resident of Scottsdale, Arizona, over the age of 21, under no disability, and competent to testify to the matters contained in this declaration. I make this declaration upon personal knowledge and/or my business records.

2.  I am the owner and director of Plaintiff Fornix Holdings, Inc. ("Fornix"), a media content management company incorporated in Arizona.

3.  I am also the owner and vice-president of CP Productions, Inc. ("CP Productions"), a media production and distribution company incorporated in Arizona.

1

4. I co-founded CP Productions in 2005 for movie production, and I have been handling all the movie production and management work ever since, including recording, editing, and producing the videos.

5. CP Productions registered the website, GloryholeSwallow.com ("GHS Website") in 2011 (*See* **Exhibit A**). Since then, CP Productions uses the GHS Website as the exclusive channel to distribute its full-length videos and photographs.

6. I also handle all the website management work for the GHS Website, including uploading content, managing membership, and monitoring content infringement. I add one new video each week to the GHS Website.

7. CP Productions produces all the videos distributed through the GHS Website. As to today, there are a total of nine hundred and sixty-seven (967) videos distributed through the GHS Website ("Works").

8. To access the Works with no limitation, one must become a member with the GHS Website with paid membership. A non-member can only view a very limited number of trial-size videos of the Works (five trial-size videos per IP address).

9. To become a member, one must create an account with the GHS Website with a valid email address, and pay for the membership with a valid credit card to be verified by the GHS Website.

10. The GHS Website offers three subscription plans: 3-month membership at $79.95, 6-month membership at $149.95, and 12-month membership at $269.95.

11. In 2018, I co-founded Fornix to enhance copyright protection of the Works for my businesses. I also handle all of the media content management work for Fornix, including copyright registration and licensing of the videos.

12. Since 2018, Fornix has been registering copyright for the Works. As to today, Fornix has registered copyright for one hundred and fifty-seven (157) videos produced by CP Productions ("Registered Works").

13. Fornix is currently seeking copyright registration for the remaining eight hundred and ten (810) of the Works ("Unregistered Works"). Fornix will also continue to seek copyright protection for works to be produced by CP Productions in the future.

14. Fornix authorizes exclusively CP Productions to use and distribute the Registered Works through the GHS Website.

15. With the help of two non-party companies, I regularly monitor the Works and any existing copyright infringement across the Internet. These companies help detect any other websites that host or store the Works without CP Productions' or Fornix's authorization, and proceed to send takedown notices to such infringers. These companies also report their enforcement efforts to me on a regular basis.

16. Since or around May 2015, I was aware of content theft of the Works by unidentifiable parties.

17. The content-monitoring companies identified these websites, <daftsex.com> ("DS Website") and <pornwild.com> ("PW Website"), which both promote stolen videos from the GHS Website.

18. The first website at issue here is <daftsex.com> ("DS.com"), which displays videos stolen from the GHS Website for free. The first video was posted on the DS.com Website on November 2014. Upon investigation, DS.com was created in or around 2015, and the infringing copies of the Registered Works appeared on this website around the same time. Further, there were other websites, namely <daftsex.tv> and <daftsex.porn> that would redirect to the same infringing website.

19. Currently, the DS Website has one thousand seven hundred and thirty-four (1,734) links to GHS Videos on its site. Each of these links lead to one of the GHS Works in its entirety. Each video also contains a view count and most contain the trade name "Gloryhole Swallows."

20. The second website is <pornwild.com> ("PW.com"), which displays videos stolen from the GHS Website for free. The first video was posted on the PW.com Website on May 2022. Upon investigation, PW.com was created in or around 1999, and

3

the infringing copies of the Registered Works appeared on this website around May 2022. Further, there were other websites, namely <pornwild.to> and <pornwild-nicepornproxy.com> that would redirect to the same infringing website.

21. Currently, the PS Website has one thousand three hundred and thirty-nine (1,339) links to GHS Videos on its site. Each of these links lead to one of the GHS Works in its entirety. Most contain the trade name "Gloryhole Swallows" in their title.

22. I understand that all Infringing Websites also contain audiovisual works not owned or produced by Fornix or CP Productions. However, based on my observation, other works promoted on the Infringing Websites are from other copyright owners that also use a pay-to-watch mechanism to distribute their works. These copyright owners also prohibit free downloading or sharing of their works.

23. Through the content-monitoring companies, I have sent over one thousand seven hundred (1,700) takedown notices to DS and one thousand six hundred (1,600) takedown notices to PW.

24. According to the content-monitoring companies' records, the DS Website used to provide a contact email on their website as copyroster@gmail.com. The PW Website provides a contact email through their registrar as 43271254b4af449b89a9d684df665322.protect@withheldforprivacy.com.

25. The content-monitoring companies have been sending take-down notices to the DS and PW Websites via the email addresses above, as this is the only available contact for the DS Website and PW Website on records. Never did the DS Website or the PW Website respond to these notices.

26. While some of the video links are now "dead" or no longer accessible, hundreds of the video entries still remain live and continuously allow visitors of the Infringing PW Websites to freely access the Works.

//

27. Members of the GHS Website often contact me letting me know when they find copied Works outside the GHS Website.

4

28. I understand that my ability to control the exclusive use and distribution of the Works has been greatly undermined by Defendant's copying and reuploading the Works to other websites.

29. Members also complain about the content leak because they have to pay on the GHS Website while others can view the Works for free through the Infringing Websites.

30. It is believed that both DS and PW profit from reuploading and promoting the unauthorized copies of the Works. This profit is garnered both by promoting their own subscription services in connection with the GHS videos, or by advertising revenue from ads on the same webpages, or displayed before, the GHS videos.

//

31. The seven year long combat against the DS and PW Websites are fruitless. I have not been able to locate or identify the operator of the Infringing Websites or any associated parties that have assisted in the infringement.

32. It is also impossible for me to quantify the damages resulting from the operation of the Infringing Websites, because this websites do not display exact stream or download counts. I have not been able to discover how many times the Works are further copied and distributed by other infringers.

33. For the foregoing reasons, the DS and PW Websites pose a significant threat to CP Productions and Fornix, who supply media content and establish their reputation in a very niche content market.

34. The extent of the losses arising from the operation of the Infringing Websites cannot be calculated with precision, nor are these damages likely to be recoverable from Defendant.

35. Without the relief requested, the ongoing infringement on and through the DS and PW Websites and other related sites will continue unabated, and CP Productions and Fornix will continue to suffer immediate and irreparable harm that no future damages award can mitigate.

5

Dated: November 9, 2022
      Scottsdale, Arizona

                                            David L. Graves

6